**Vance Ray MOLLER, Plaintiff–
Appellant**

v.

**Richard DOISY, Dr.; Jason Cafer,
Dr., Defendants–Appellees.**

No. 13–3790.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 21, 2014.

Filed: July 24, 2014.

Vance Ray Moller, Fulton, MO, pro se.

James P. Emanuel, Jr., Asst. Atty. Gen.,
St. Louis, MO (Chris Koster, Atty. Gen.,
Jefferson City, MO, on the brief), for ap-
pellees.

Before MURPHY, BOWMAN, and
BENTON, Circuit Judges.

PER CURIAM.

Vance Moller, a civil detainee at Fulton
State Hospital, filed a 42 U.S.C. § 1983
complaint naming Fulton State Hospital
doctors Richard Doisy and Jason Cafer.
He alleged, among other things, that de-
fendants were forcing him to take psycho-
tropic medicine, in violation of his religious
beliefs. In this interlocutory appeal, Mol-
ler challenges the district court's[1] orders
denying his motions for appointment of

counsel and for a restraining order against
Dr. Cafer.

Upon careful review, we conclude that
the court did not abuse its discretion in
denying Moller's motion for appointment
of counsel. *See Phillips v. Jasper County
Jail*, 437 F.3d 791, 794 (8th Cir.2006)
(standard of review). As to the motion for
a restraining order, which the district
court treated as a motion for a preliminary
injunction, *cf. Hamm v. Groose*, 15 F.3d
110, 112–13 (8th Cir.1994) (denial of motion
for temporary restraining order is not re-
viewable), the issue is moot, because in his
papers on appeal, Moller represents that
Dr. Cafer is no longer treating him and
has moved to another part of the hospital,
*cf. Iron Cloud v. Sullivan*, 984 F.2d 241,
242–43 (8th Cir.1993) (case is moot where
there was no ongoing action by appellees
to enjoin).

Accordingly, we affirm. *See* 8th Cir. R.
47B.

---

**1.** The Honorable Nanette K. Laughrey, United
States District Judge for the Western District

of Missouri.